**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEROME L. GRIMES,                                No. C 13-80286M CW

      Plaintiff,

  v.

JENNIFER WILLIAMS, et al.,

      Defendants.

_____/

JEROME L. GRIMES,                                No. C 13-80289M CW

      Plaintiff,                    ORDER RETURNING
                                                 COMPLAINTS TO
  v.                                           PLAINTIFF

JUSTIN HYUN, et al.,

      Defendants.

_____/

    On December 9, 2005, this Court entered a pre-filing order regarding the cases filed by Plaintiff Jerome Grimes.  The pre-filing order states that if Mr. Grimes files a complaint that is "related to any of the following matters:

    (1) a diversified group of individuals who commit acts of terror against Mr. Grimes, his family and other citizens;

    (2) an injunction against the defendants to prevent them from kidnaping, framing, falsely imprisoning or otherwise terrorizing Mr. Grimes, his family, and other citizens;

    (3) a court order for the defendants to be subjected to a lie detector test;

    (4) covert terrorism

1  it will not be filed unless it presents cognizable claims that are

2  not based on merely conclusory allegations.  Second, no other

3  complaints filed by Mr. Grimes while he is not incarcerated or

4  detained will be filed unless they contain intelligible factual

5  allegations and claims for relief."

6       The Court has reviewed the above-captioned complaints filed

7  by Mr. Grimes and finds that they shall not be filed because they

8  alleges that Defendants are engaged in covert terrorism and that

9  they conspired with a diverse group of others to commit acts of

10 terror against Mr. Grimes and others.  The complaints also seek a

11 court order for Defendants to be subjected to a lie detector test.

12 Mr. Grimes alleges no cognizable causes of action in these

13 complaint.

14      Because the above-captioned complaints concern multiple

15 matters mentioned in the pre-filing order and present no

16 cognizable cause of action, the Clerk of the Court is ordered not

17 to file them.  Instead, the complaints shall be returned to Mr.

18 Grimes.

19      IT IS SO ORDERED.

20

21 Dated: 1/2/2014

CLAUDIA WILKEN
United States District Judge